FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

August 26, 2022

No. 04-22-00491-CV

**MODIVCARE SOLUTIONS, LLC** formerly known as LogistiCare Solutions, LLC; and ModivCare Solutions, Inc. formerly known as Providence Service Corporation, Appellants

v.

Andrew Nathan **VIERA** and Adela Garza, Appellees

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-20-17
Honorable Baldemar Garza, Judge Presiding

# O R D E R

Appellee Andrew Nathan Viera's Emergency Opposed Motion to Dismiss Appeal is DENIED. The issue of whether appellant is a governmental unit entitled to appeal pursuant to section 51.014 of the Texas Civil Practice and Remedies Code is carried with the appeal.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of August, 2022.



_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court